**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

JOSEPH J. ARONICA
DIRECT DIAL: 202.776.7824
E-MAIL: JJAronica@duanemorris.com

www.duanemorris.com

September 12, 2005

The Honorable Colleen Kollar-Kotelly
U.S. District Court Judge
U.S. District Court for the
 District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    Re:    <u>United States v. Ecast, Inc. & NSM Music Group, Ltd. – No. 05-CV-1754</u>

Dear Judge Kollar-Kotelly:

    We represent NSM Music Group, Ltd. in the above-captioned matter and pursuant to 15 U.S.C. § 16(g), we report that there have been no reportable contacts by any employees of NSM and the Department of Justice concerning the Consent Decree.

                              Sincerely,

                              Joseph J. Aronica (D.C. Bar No. 446139)

JJA/jkr

cc:    John T. Schriver
        Craig A. Waldman
        David C. Kully

DUANE MORRIS LLP

1667 K STREET, N.W., SUITE 700    WASHINGTON, D.C. 20006-1608    PHONE: 202.776.7800    FAX: 202.776.7801