UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ECAST, INC. and NSM MUSIC GROUP, LTD.<br><br>Defendants. | )<br>)<br>)<br>)<br>)   Civil No. 05cv1754<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE

PLEASE TAKE NOTICE, pursuant to 15 U.S.C. § 16(g), Defendant NSM Music Group, Ltd. reports that there have been no reportable contacts by any employees of NSM Music Group, Ltd. and the Department of Justice concerning the Consent Decree.

Respectfully submitted,

_/s/ Joseph J. Aronica_
Joseph J. Aronica
DUANE MORRIS, LLP
1667 K Street, N.W.
Washington, D.C. 20006
(202) 776-7800

Counsel for NSM Music Group, Ltd.

Dated: September 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September 2005, I caused a true copy of the foregoing Notice to be served via U.S. mail on the following persons:

Craig A. Waldman
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

David C. Kully
U.S. Department of Justice
Antitrust Division
Litigation III Section
325 Seventh Street, N.W., Suite 300
Washington, D.C. 20530

_____
Joseph J. Aronica