```
Ad # 65125    Name US DEPT OF JUSTICE/ANTI TRUS    Size 64 lines           M0072
Class  815'   PO # PO 5371 Authorized by MAURA LEE  Account 632270
```

PROOF OF PUBLICATION

District of Columbia, ss., Personally appeared before me, a Notary Public in and for the said District, Kate M. Davey well known to me to be Billing Manager of The Washington Post, a daily newspaper published in the City of Washington, District of Columbia, and making oath in due form of law that an advertisement containing the language annexed hereto was published in said newspaper on the dates mentioned in the certificate herein.

I Hereby Certify that the attached advertisement was published in The Washington Post, a daily newspaper, upon the following dates at a cost of $3,948.80, and was circulated in the Washington metropolitan area.

Published 7 times. Dates: Sep 15, 16, 17, 18, 19, 20 and 21, 2005
Account 632270

Witness my hand and official seal this 3 day of October 20 05

My commission expires _____

Tuesday T. Bell
Notary Public, District of Columbia
My Commission Expires 7-31-2009

---

U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
United States v. Ecast, Inc. and NSM Music Group, Ltd.
Take notice that a Complaint, proposed Final Judgment, Stipulation, and Competitive Impact Statement have been filed with the United States District Court for the District of Columbia in United States v. Ecast, Inc. and NSM Music Group, Ltd., Civil Case No. 05 CV 1754. On September 2, 2005, the United States filed a Complaint alleging that Ecast, Inc. and NSM Music Group, Ltd. reached an agreement in February 2003 not to compete in the market for digital jukebox platforms in the United States in violation of Section 1 of the Sherman Act. As a result of the agreement, NSM terminated its plans to release a new digital jukebox with its own platform in the United States. The proposed Final Judgment filed with the Complaint will terminate the defendants' existing noncompete agreement, and forbid them from entering future noncompete agreements with other digital jukebox platform competitors. A Competitive Impact Statement, filed by the United States, describes the Complaint, the proposed Final Judgment, and the remedies available to private litigants. Copies of the Complaint, proposed Final Judgment, and Competitive Impact Statement are available for inspection at the Department of Justice in Washington, D.C. in Room 215 North, 325 Seventh Street, N.W. 20530 (telephone: 202/514-2692) and at the Office of the Clerk of the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001.
Interested persons may address comments to John Read, Chief, Litigation III Section, Antitrust Division, U.S. Department of Justice, 325 7th Street, N.W., Suite 300, Washington, D.C. 20530 (Telephone 202/616-5935), within 60 days of the date of this notice.