## CERTIFICATE OF SERVICE

       I hereby certify that on this 2nd day of December, 2005, I have caused copies of the foregoing Motion and Memorandum in Support of Entry of Final Judgment and Certificate of Compliance to be served by first-class mail and e-mail upon counsel for Defendants in this matter:

John T. Schriver
Duane Morris LLP
227 West Monroe Street
Chicago, IL 60606
jtschriver@duanemorris.com

Counsel for Defendant NSM Music Group, Ltd.


Craig A. Waldman, Esq.
Cooley Godward LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
cwaldman@cooley.com

Counsel for Defendant Ecast, Inc.


                                                   /s/
                                          David C. Kully